UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARGIE BROWN on behalf of herself
and those similarly situated,

           Plaintiff,

vs.                          Case No. 2:08-cv-413-FtM-99DNF

COMPASS ROSE FOUNDATION, INC., a
Florida corporation,

           Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #21), filed August 11, 2008, recommending that the parties' Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. #20) be granted, the settlement approved, and the case be dismissed with prejudice.  On the same day, the parties filed a Joint Notice of Non Objection Regarding the August 2, 2008 Report and Recommendation (Doc. #22) indicating no objection.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific

objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and finds the settlement is fair and reasonable.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation is hereby **adopted** and incorporated herein.

2.  The parties' Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. #20) is **GRANTED** and the Agreement and General Release (Docs. #20-2, #20-3) is approved as fair and reasonable.

3.  The Clerk shall enter judgment dismissing the case with prejudice except as provided by the Agreement and General Release.

The Clerk is further directed to terminate all pending motions and deadlines as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of August, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties